IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff*, v. GALVESTON COUNTY, TEXAS; GALVESTON COUNTY COMMISSIONERS COURT; and MARK HENRY, in his capacity as Galveston County Judge *Defendants*. | Civil Action No. 3:22-cv-00093 HON. JUDGE JEFFREY V. BROWN |

## CERTIFICATE OF INTERESTED PARTIES

Pursuant to the Court's Order for Conference and Disclosure of Interested Parties, ECF 9, the United States of America respectfully submits that there are no persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation.

Date: April 4, 2022

JENNIFER B. LOWERY
United States Attorney
Southern District of Texas

KRISTEN CLARKE
Assistant Attorney General
Civil Rights Division

PAMELA S. KARLAN
Principal Deputy Assistant General
Civil Rights Division

| | |
|---|---|
| /s/ *Daniel D. Hu* | |
| DANIEL D. HU | T. CHRISTIAN HERREN, JR. |
| Civil Chief | ROBERT S. BERMAN |
| United States Attorney's Office | CATHERINE MEZA |
| Southern District of Texas | BRUCE I. GEAR |
| Attorney-in-Charge | THARUNI A. JAYARAMAN |
| Texas Bar No. 10131415 | ZACHARY J. NEWKIRK |
| SDTX ID: 7959 | Attorneys, Voting Section |
| 1000 Louisiana Ste. 2300 | Civil Rights Division |
| Houston, TX 77002 | U.S. Department of Justice |
| 713-567-9000 (telephone) | 950 Pennsylvania Avenue NW |
| 713-718-3303 (fax) | Washington, DC 20530 |
| daniel.hu@usdoj.gov | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2022, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification to all counsel of record in this case.

    /s/ *Daniel D. Hu*
    DANIEL D. HU