IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES of AMERICA, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Civil Action No. 3:22-cv-00093 |
| GAVELSTON COUNTY, TEXAS, et al. | § § § | |
| *Defendants*. | § § | |

### ORDER GRANTING DEFENDANTS' CONSENT MOTION TO EXTEND DEADLINE TO FILE RESPONSIVE PLEADING

Before the Court is Defendants Galveston County, Texas, Galveston County Commissioners Court and Mark Henry in his capacity as Galveston County Judge ("Defendants") Consent Motion to Extend Deadline to File Responsive Pleading, in which Defendants seek a three-week extension of time until and including May 16, 2022, for Defendants to answer or otherwise respond to Plaintiff's Complaint. The Court finds that the motion should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Defendants' deadline to file a responsive pleading to Plaintiff's Complaint is hereby extended to May 16, 2022.

**IT IS SO ORDERED.**

SIGNED this ___25th___ day of _April___, 2022.

JEFFEREY V. BROWN
UNITED STATES DISTRICT JUDGE