IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>GALVESTON COUNTY, TEXAS; GALVESTON COUNTY COMMISSIONERS COURT; and MARK HENRY, in his capacity as Galveston County Judge<br><br>*Defendants*. | Civil Action No. 3:22-cv-00093<br><br>HON. JUDGE JEFFREY V. BROWN |

## DESIGNATION OF ATTORNEY IN CHARGE

Pursuant to Local Rule 11.1, Plaintiff United States of America designates Catherine Meza as the attorney-in-charge for the above-captioned civil action. Ms. Meza is a member in good standing with the bars of the District of Columbia and the State of New York and has been admitted pro hac vice to practice before this Court. Daniel H. Hu, Civil Chief of United States Attorney's Office for the Southern District of Texas, shall remain as local counsel.

Date:  May 13, 2022

| | |
|---|---|
| JENNIFER B. LOWERY<br>United States Attorney<br>Southern District of Texas | KRISTEN CLARKE<br>Assistant Attorney General<br>Civil Rights Division<br><br>PAMELA S. KARLAN<br>Principal Deputy Assistant General<br>Civil Rights Division<br><br> /s/ *Catherine Meza* |
| DANIEL D. HU<br>Civil Chief<br>United States Attorney's Office<br>Southern District of Texas<br>Texas Bar No. 10131415<br>SDTX ID: 7959<br>1000 Louisiana Ste. 2300<br>Houston, TX 77002<br>713-567-9000 (telephone)<br>713-718-3303 (fax)<br>daniel.hu@usdoj.gov | T. CHRISTIAN HERREN, JR.<br>ROBERT S. BERMAN<br>CATHERINE MEZA<br>BRUCE I. GEAR<br>THARUNI A. JAYARAMAN<br>ZACHARY J. NEWKIRK<br>Attorneys, Voting Section<br>Civil Rights Division<br>U.S. Department of Justice<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530<br>202-307-2767 (telephone)<br>202-307-3961 (fax)<br>catherine.meza@usdoj.gov |

## CERTIFICATE OF SERVICE

      I hereby certify that on May 13, 2022, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification to all counsel of record in this case.

                                             /s/ *Catherine Meza*
                                             CATHERINE MEZA