# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

United States District Court
Southern District of Texas
**ENTERED**
June 01, 2022
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| HONORABLE TERRY PETTEWAY, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. 3:22-cv-57 |
| GALVESTON COUNTY, TEXAS, *et al.*, | § § § | |
| Defendants. | § § | |
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 3:22-cv-93 |
| GALVESTON COUNTY, TEXAS, *et al.*, | § § § | |
| Defendants. | § § | |
| DICKINSON BAY AREA BRANCH NAACP, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. 3:22-cv-117 |
| GALVESTON COUNTY, TEXAS, *et al.*, | § § § | |
| Defendants. | § § | |

## <u>ORDER</u>

Before the court is the motion to consolidate Civil Action No. 3:22-cv-93, styled *United States v. Galveston County, et al.*, and Civil Action No. 3:22-cv-117, styled *Dickinson Bay Area Branch NAACP, et al., v. Galveston County, et al.*, with Civil Action No. 3:22-cv-57, styled *Honorable Terry Petteway, et al., v. Galveston County, et al.*, as the lead case under Federal Rule of Civil Procedure 42(a). Dkt. 37. The plaintiffs in Civil Action No. 3:22-cv-117 filed the motion, to which the plaintiffs in the other two cases are unopposed. Though the defendants agree that the cases should be consolidated, they ask the court to delay consolidation until they have filed and the court has ruled on their motions to dismiss in all three cases. *See* Dkt. 39. Seeing no reason to do that, the court grants the motion to consolidate.

Accordingly, Civil Action Nos. 3:22-cv-93 and 3:22-cv-117 are consolidated with Civil Action No. 3:22-cv-57, resulting in one action under Civil Action No. 3:22-cv-57.

Signed on Galveston Island this 1st day of June, 2022.

JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE